THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kelvin Dunbar,       
Appellant.
 
 
 

Appeal From Aiken County
William P. Keesley, Circuit Court Judge

Unpublished Opinion No. 2003-UP-186
Submitted January 10, 2003  Filed March 11, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of SC Office of Appellate 
 Defense, of Columbia, for Appellant.
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr., and Legal Counsel J. Benjamin Aplin, all of Columbia, for 
 Respondent.
 
 
 

PER CURIAM:  Kelvin Dunbar was sentenced 
 to five years in prison suspended with two years probation, with credit for 
 eighty-one days in jail, for possession of a stolen vehicle, simple assault, 
 and trespassing.  Dunbar was brought before the court for a second time for 
 violating the following provisions of his probation: not reporting to the probation 
 officer, being convicted of criminal domestic violence, and not paying supervision 
 fees or surcharge.  The trial court revoked thirty months of Dunbars probation 
 and gave him credit for time served.  Dunbar appeals.
Dunbars appellate counsel submitted a petition 
 to be relieved as counsel, stating he had reviewed the record and has concluded 
 Dunbars appeal is without merit.  The issue raised in counsels brief concerns 
 whether the trial judge abused his discretion in revoking thirty months of Dunbars 
 sentence.  Dunbar filed a document with the court containing numerous arguments.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Dunbars appeal 
 and grant counsels motion to be relieved. 
 [1] 
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER,
JJ., 
 concur.

 
 [1]   Because oral argument would not aid the court 
 in resolving the issues on appeal, we decide this case without oral argument 
 pursuant to Rules 215 and 220(b)(2), SCACR.